FILED: August 29, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1849 (L)
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS, INC.

  Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

  Defendant - Appellant

_____

O R D E R
_____

 The court grants an extension of the briefing schedule as follows:

 Appendix due: 10/29/2014

 Opening brief due: 10/29/2014

 Opening/response brief due: 12/01/2014

 Response/reply brief due: 01/05/2015

 Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk