UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 3, 2014

_____

No. 14-1849 (L)
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

   Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

   Defendant - Appellant

_____

No. 14-1850
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

   Plaintiff - Appellant

v.

HANDI-FOIL CORPORATION

   Defendant – Appellee

_____

AMENDED CAPTION NOTICE
_____

TO: Counsel and Parties

The caption of this appeal has been amended as shown above. If additional corrections or modifications are needed for the caption, please file a motion to amend the caption.

Jeffrey S. Neal, Deputy Clerk
804-916-2729