# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | No. 14-1849 Reynolds Consumer Prods. v. Handi-Foil Corp |
| **Originating No. & Caption** | No. 13-cv-214 Reynolds Consumer Prods. v. Handi-Foil Corp. |
| **Originating Court/Agency** | U.S. District Court for Eastern District of Virginia |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | | |
| Time allowed for filing in Court of Appeals | 30 days after entry of judgment | | |
| Date of entry of order or judgment appealed | July 18, 2014 | | |
| Date notice of appeal or petition for review filed | August 18, 2014 | | |
| If cross appeal, date first appeal filed | August 18, 2014 | | |
| Date of filing any post-judgment motion | n/a | | |
| Date order entered disposing of any post-judgment motion | n/a | | |
| Date of filing any motion to extend appeal period | n/a | | |
| Time for filing appeal extended to | n/a | | |
| Is appeal from final judgment or order? | ● Yes | | ○ No |
| If appeal is not from final judgment, why is order appealable? | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 804-379-4071.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ● No |

01/30/2013
SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ⦿ Yes | ○ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | n/a | |
| Case number of any pending appeal in same case | 14-1850 | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | n/a | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ○ Yes | ⦿ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| This  is a trademark infringement case brought by Reynolds Consumer Products against Handi-Foil Corp.  Reynolds alleges that Handi-Foil's packaging for aluminum roll foil infringes and dilutes Reynolds Wrap trade dress.  In its complaint, Reynolds asserted eight counts of state and federal trademark and trade dress infringement.  Seven were submitted to the jury. The jury found in favor of Handi-Foil on six counts and in favor of Reynolds on one--federal trade dress infringement.  In post-trial proceedings, the district count upheld the verdict, entered a permanent injunction in Reynolds' favor, granted Reynolds' reasonable costs, and denied Reynolds any further damages or fees.  This appeal followed. |

**Issues** (Non-binding statement of issues on appeal.  Attach additional page if necessary)

(1) Whether there was sufficient evidence for the jury to find Handi-Foil liable for infringing Reynolds' trade dress.
(2) Whether the jury verdict was fatally inconsistent.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel.  Attach additional page if necessary.)

| | |
|---|---|
| Adverse Party: Reynolds Consumer Products LLC f/k/a Reynolds Consumer Products, Inc. | Adverse Party: Reynolds Consumer Products LLC f/k/a Reynolds Consumer Products, Inc. |
| Attorney: John G. Froemming<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001 | Attorney: Jessica D. Bradley<br>Address: JONES DAY<br>51 Louisiana Avenue, NW<br>Washington, DC 20001 |
| E-mail: jfroemming@jonesday.com | E-mail: jbradley@jonesday.com |
| Phone: (202) 879-3939 | Phone: (202) 879-3939 |

**Adverse Parties (continued)**

| | |
|---|---|
| Adverse Party: | Adverse Party: |
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) | |
| --- | --- |
| Name: Handi-Foil Corp. | Name: Handi-Foil Corp. |
| Attorney: David K. Callahan<br>Address: LATHAM & WATKINS LLP<br>330 North Wabash Avenue<br>Suite 2800<br>Chicago, IL 60611<br><br>E-mail: david.callahan@lw.com<br><br>Phone: (312) 876-7700 | Attorney: Jonathan Y. Ellis<br>Address: LATHAM & WATKINS LLP<br>555 11th Street, NW<br>Suite 1000<br>Washington, DC 20004<br><br>E-mail: jonathan.ellis@lw.com<br><br>Phone: (202) 637-2200 |
| **Appellant (continued)** | |
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** s/ David K. Callahan    **Date:** September 3, 2014

**Counsel for:** Appellant Handi-Foil Corp.

**Certificate of Service**: I certify that on ___Sept. 3, 2014___ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below (Attach additional page if necessary):

| | |
| --- | --- |
| | |
| Signature: s/ David K. Callahan | Date: September 3, 2014 |