FILED: October 16, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1849 (L)
(1:13-cv-00214-LO-TCB)

_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

      Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

      Defendant - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 11/12/2014

Opening brief due: 11/12/2014

Opening/response brief due: 12/15/2014

Response/reply brief due: 01/19/2015

Any reply brief: 14 days from service of response/reply brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk