FILED: December 19, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1849 (L)
(1:13-cv-00214-LO-TCB)
_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

   Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

   Defendant - Appellant

_____

No. 14-1850
(1:13-cv-00214-LO-TCB)
_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

   Plaintiff - Appellant

v.

HANDI-FOIL CORPORATION

   Defendant – Appellee

_____

No. 14-2075
(1:13-cv-00214-LO-TCB)
_____

REYNOLDS CONSUMER PRODUCTS LLC, f/k/a Reynolds Consumer Products, Inc.

  Plaintiff - Appellee

v.

HANDI-FOIL CORPORATION

  Defendant - Appellant

_____

O R D E R

_____

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

      For the Court--By Direction

      /s/ Patricia S. Connor, Clerk